Case 3:07-cr-00002-HTS   Document 44   Filed 01/17/08   Page 1 of 2 PageID 72
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 JAN 17  PM 12: 34

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:   3:07-cr-2-J-HTS
USM NUMBER:   31800-018

v.

TROY LANCE GENTRY

Defendant's Attorney: Lynn Palmer Bailey, Esquire (FPD)

**THE DEFENDANT:**

___X___ admitted guilt to violation of charge number(s) __**One**___ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| **One** | **Failure to reside in a Residential Re-enter Center** | **November 5, 2007** |

     The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: January 15, 2008

HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

DATE: January 16th, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant:      **TROY LANCE GENTRY** | Judgment -Page  2  of   2 |
| Case No.:       3:07-cr-2-J-HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **FOUR (4) MONTHS.**


_____X_____ The Court makes the following recommendations to the Bureau of Prisons:
**confinement at a minimum security camp as closed as possible to Jacksonville, Florida.**


_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.      p.m.     on _____.

_____ as notified by the United States Marshal.

_____X_____ **The defendant shall voluntarily surrender at the institution designated by the Bureau of Prisons.  While awaiting designation, the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision and any special conditions contained in the original Judgment in this case.**

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____

_____ with a certified copy of this judgment.



_____
UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL